UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Heidi's Home Design, LLC                                    Plaintiff, <br><br> -v- <br><br> Erik M. Berman, Gary Moody, and Fun Pals, LLC <br>                                                                Defendant. | Case No. 08 CV 03549 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Heidi's Home Design, LLC                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of Heidi's Home Design, LLC, which are publicly held.

Date: April 11, 2008

Signature of Attorney

Attorney Bar Code: 9703

Form Rule7_1.pdf  SDNY Web 10/2007