AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Heidi's Home Design, LLC

V.

Erik M. Berman, Gary Moody, and Fun Pals, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: TBD  08 CIV 3549

TO: (Name and address of Defendant)

Fun Pals, LLC, 5052 Creekmonte Drive, Rochester, Michigan 48306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GALVIN & PALMER, 630 Third Avenue - 23rd Floor, New York, New York 10017, 212-983-8900

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 1 4 2008

◊AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 05/08/2008 |
| NAME OF SERVER *(PRINT)* AARON JOHNSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: GARY MOODY - 5052 CREEKMONTE, ROCHESTER, MI - 48306

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/08/08
             Date          *Signature of Server* Aaron Johnson

*Address of Server*

WITTENBERG PROCESS SERVICE, INC
P.O. BOX 250283
WEST BLOOMFIELD, MI 48325

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.