```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

**GALVIN & PALMER**
Sheldon Palmer (SP-9703)
630 Third Avenue - 23rd Floor
New York NY 10017
212-983-8900

**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
1325 Avenue of the Americas - 28th Floor
New York NY 10019
212-725-1818

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HEIDI'S HOME DESIGN, LLC,

                Plaintiff,

    -v-

ERIK M. BERMAN, GARY MOODY, and
FUN PALS, LLC,

                Defendants.
------------------------------------------------------X

Civil Action No.: 08CIV3549 (JGK)

NOTICE OF
VOLUNTARY DISMISSAL

Plaintiff, HEIDI'S HOME DESIGN, LLC, pursuant to F.R.Civ.P. 41(a)(1), hereby voluntarily dismisses the above-identified civil action only as to Defendants, GARY MOODY and FUN PALS, LLC. The court shall retain jurisdiction over the matter for the purpose of enforcing the confidentiality agreement between the parties, a copy of which is annexed hereto as Exhibit A

Respectfully submitted,
Heidi's Home Design, LLC
By its attorneys:

**GALVIN & PALMER**

_[signature]_

Sheldon Palmer (SP-9703)
630 Third Avenue - 23rd Floor
New York NY 10017
212-983-8900
Sheldon@galvinpalmer.com

New York, New York
June 2, 2008

SO ORDERED

6/8/08 _[signature]_ 6/6/08
U.S.D.J.